IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICK EDWARD BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil No. 3:19-CV-02332-E |
| v. | § | |
| | § | |
| LUPE VALDEZ, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case (Doc. 16). Plaintiff filed objections. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made. The Court overrules the objections and ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, the Court GRANTS the "Motion to Dismiss as 'Abandoned' or 'Non-Suited'" filed by Defendants Endel Sorra and Debra English (Doc. 9) and DIRECTS the Clerk of the Court to terminate Sorra and English as defendants in this matter.

**SO ORDERED**.

Signed November 18, 2019.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE